77042
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/4/2015 2:50:12 PM
Accepted 8/4/2015 2:55:44 PM
ABEL ACOSTA
CLERK

AP-77,042

| | | |
|---|---|---|
| FIDENCIO VALDEZ | () | IN THE TEXAS COURT |
| | () | |
| V. | () | OF CRIMINAL APPEALS |
| | () | |
| STATE OF TEXAS | () | AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S BRIEF

FILED IN
COURT OF CRIMINAL APPEALS

August 4, 2015

ABEL ACOSTA, CLERK

**To the Court of Criminal Appeals:**

Fidencio Valdez, Appellant in this cause, moves the Court for an extension of time for filing defendant-appellant's brief, and in support of this motion shows:

### I.

This is an appeal from the 384th Judicial District Court for the State of Texas .

### II.

If no extension of time is granted by this Court, the brief of appellant must be filed by the 4th day of August, 2015. No extension of time has been requested or granted previously by the Court.

### III.

A reasonable explanation of the need for more time for filing Appellant's brief exists, in that Defendant-Appellant's counsel received the record last month and there are 66 volumes to review.

### IV.

An extension of time for filing Appellant's brief will not delay submission of this cause in its prescribed order, and no harm will result to the Appellee as a result of an

extension of time for filing briefs, in that this case has not been set for submission.

**Wherefore** , Appellant requests that the Court enter an order extending the time for filing Appellant's brief to the 5th day of October, 2015.

Respectfully submitted,

Joseph D. Vasquez
310 N. Mesa, Suite 710
El Paso, Texas 79901
Telephone No. (915) 542-4556
Facsimile No. (915) 543-6309
State Bar No. 00788581
Attorney for Appellant

## CERTIFICATE OF SERVICE

I served a copy of the foregoing Motion for Extension of Time to file Appellant's Brief on the District Attorney's Office via hand delivery on the 4th day of August, 2015.

Joseph D. Vasquez
Attorney for Defendant-Appellant

The State of Texas      §
                        §
County of El Paso       §

    **Before me** , the undersigned authority, personally appeared Joseph D. Vasquez, counsel for Appellant, who upon oath deposes and says that he is counsel of record for the Appellant herein and as such is fully capable, authorized, competent and qualified to make this affidavit; that he executed the same for, and on behalf of said Appellant for all purposes, and further states that the statements herein contained are true and correct.

<br>

Joseph D. Vasquez
Attorney for Appellant

    **Subscribed and Sworn to** by the said Joseph D. Vasquez, attorney for Appellant, this the <u>4th</u> day of August, 2015, to certify which witness my hand and seal of office.

<br>

Notary Public
State of T E X A S



MARGARET ANN BAGBY
Notary Public, State of Texas
My Commission Expires
March 11, 2018